**SEALED DOCUMENT**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     Plaintiff,<br><br>v.<br><br>GARY P. DECICCO,<br><br>     Defendant. | **FILED UNDER SEAL**<br>Case No. 17-cr-10092-NMG<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT GARY P. DECICCO'S MOTION TO DISQUALIFY DISTRICT COURT JUDGE

Defendant Gary P. DeCicco moves to disqualify the Honorable Nathaniel M. Gorton from the current proceedings, pursuant to 28 U.S.C. § 455(b)(1).

The grounds for this Motion are presented in the memorandum of law filed with this Motion and its exhibits.

### REQUEST FOR ORAL ARGUMENT

Mr. DeCicco respectfully requests a hearing on this motion.

Dated: April 24, 2017

Respectfully submitted,

GARY P. DECICCO

By his counsel,

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra I. Gliga (BBO # 694959)
alexandra.gliga@whitecase.com
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9300

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1

In accordance with Local Rules 7.1(a)(2) and 112.1, I hereby certify that counsel for Defendant Gary P. DeCicco have conferred with the government and have attempted in good faith to resolve or narrow the issue before filing this Motion.

/s/ Michael Kendall
Michael Kendall

## CERTIFICATE OF SERVICE

I hereby certify that, on the date of filing with the Court, true copies of the above document are being served on all counsel of record by mail.

/s/ Michael Kendall
Michael Kendall