UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GARY P. DECICCO, )<br>)<br>Defendant )<br>)<br>)<br>_____) | Criminal No. 17-10092-NMG |

### INITIAL SCHEDULING ORDER

April 28, 2017

Hennessy, M.J.

      In this case, Defendant is charged in an indictment with Attempted Hobbs Act Extortion, in violation of 18 U.S.C. § 1951. Defendant was arraigned on April 28, 2017, and has elected to proceed under the automatic discovery rules. Accordingly, the parties shall comply with their discovery obligations set forth in Local Rule 116.1 of the Local Rules of the United States District Court for the District of Massachusetts (2017) ("L.R."), through L.R. 116.4. Furthermore it is HEREBY ORDERED that:

1. The date for the completion of Automatic Discovery under L.R. 116.1(c) and for the disclosure of exculpatory evidence under L.R. 116.2(b)(1) is **Friday, May 26, 2017**. The parties are reminded of their obligation under L.R. 116.1(c) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. The Initial Status Conference will be held on **Thursday, June 8, 2017 at 2:00 p.m.**, in Courtroom No. 1 on the Fifth Floor of the Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.[1] The Joint Memorandum addressing those items set forth in L.R. 116.5(a) shall be filed on or before the close of business on **Friday, June 2, 2017**. The parties shall inform my Courtroom Clerk, Lisa Belpedio (508.929.9905 or

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43 of the Federal Rules of Criminal Procedure, a defendant in custody will <u>not</u> be transported to court for the Initial Status Conference, absent a request from counsel at least one week before the conference.

Lisa_Belpedio@mad.uscourts.gov), on or before **Friday, June 2, 2017** whether they intend to appear for the initial status conference in person or by telephone. If they choose to appear by telephone, they shall provide their telephone contact information, which must be a landline telephone.

    / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge