# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA,               )
                                        )
            v.                          )        No. 17-CR-10092-NMG
                                        )
GARY P. DECICCO,                        )
                                        )
                        *Defendant*.    )
_____)

### ASSENTED-TO MOTION OF DEFENDANT GARY P. DECICCO TO
### UNSEAL AND RELEASE UNREDACTED TRANSCRIPT TO COUNSEL OF RECORD

Defendant Gary DeCicco respectfully submits this motion to unseal and to allow the release of the unredacted transcript of the initial status conference held on June 8, 2017 to counsel of record only. The government assents to this motion. As grounds for this motion, Mr. DeCicco states:

1.      An initial status conference in this case was held on June 8, 2017 before Magistrate Judge Hennessy (ECF No. 57).

2.      Counsel for Mr. DeCicco recently ordered and obtained the transcript of the June 8, 2017 status conference from the court reporter, but was advised that portions of the transcript were redacted because the proceeding was placed under seal (ECF No. 144).

3.      Counsel for Mr. DeCicco seek to review the full, unredacted transcripts of the proceedings in this case for the purposes of preparing Mr. DeCicco's defense and trial preparation.

4.      Limited release of the unredacted transcript to counsel of record only will allow confidential and/or sensitive information reflected in the transcript to remain confidential, while allowing counsel to effectively prepare for trial.

5.      Counsel for Mr. DeCicco acknowledge that all disclosures continue to be subject to the protective order entered in this case (ECF No. 66).

6.      The United States, through AUSA Kristina Barclay, assents to this motion.

**CONCLUSION**

For the reasons stated above, Mr. DeCicco respectfully requests that the Court unseal and allow the release of the transcript of the June 8, 2017 initial status conference to counsel of record only.

Respectfully submitted,

GARY P. DECICCO

By his attorneys,

/s/ Caroline K. Simons
Thomas C. Frongillo (BBO# 180690)
Caroline K. Simons (BBO# 680827)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210
frongillo@fr.com
simons@fr.com
TEL: (617) 542-5070
FAX: (617) 542-8906

James J. Cipoletta (BBO# 084260)
Law Offices of James J. Cipoletta
Citizens Bank Building
385 Broadway Suite 307
Revere, Massachusetts 02151
jim@cipoletta.com
Tel: (781) 289-7777
Dated: January 19, 2018         Fax: (781) 289-9468

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that pursuant to L.R. 7.1(a)(2) that I have conferred with the government prior to the filing of this motion and the government, through AUSA Kristina Barclay, assents to the motion for the relief requested.

/s/ Caroline K. Simons

Dated: January 19, 2018                                         Caroline K. Simons

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on January 19, 2018 through the CM/ECF system and will be served electronically to registered CM/ECF participants as identified on the Notice of Electronic Filing.

/s/ Caroline K. Simons
Caroline K. Simons