IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 17-cr-10092-NMG |
| | ) | |
| GARY P. DECICCO, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT MOTION TO CONTINUE 1/22/18 DEADLINE
FOR FILING OF MOTIONS *IN LIMINE* AND PRODUCTION OF
MATERIALS UNDER LOCAL RULE 116.2(b)(2)**

The United States of America and defendant Gary P. DeCicco, through undersigned counsel, hereby request that the Court continue the January 22, 2018 deadline for filing of motions *in limine* and for production of materials under Local Rule 116.2(b)(2), to a date on or after January 23, 2018.  As grounds therefore, the parties state:

1. On January 16, 2018, defendant filed a Motion to Continue Trial Date, requesting that the Court continue the trial scheduled for February 12, 2018 to May 7, 2018 or thereafter (Docket No 141) (the Motion).

2. On January 28, 2018, the government filed its Response to Defendant's Motion to Continue Trial Date (Docket No. 143), indicating that it did not assent to a continuance of the February 12 trial date, but also that it did not object to the requested continuance on the grounds that new counsel had only recently entered an appearance in the case.

3. The Court has scheduled a hearing on the Motion for January 23, 2018.

4. Both parties agree that a continuance of the January 22, 2018 deadline for filing motions *in limine* and production of materials pursuant to Local Rule 116.2(b)(2), at least until after the Court rules on the Motion, is appropriate.

WHEREFORE, for the reasons set forth above, the parties respectfully request that the Court continue the January 22, 2018 deadline for filing motions *in limine* and production of materials under Local Rule 116.2(b)(2), and that the Court set a new deadline at the January 23, 2018 hearing.

                                              Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

                                      By: */s/Kristina E. Barclay*
                                              Kristina E. Barclay
                                              Assistant U.S. Attorney

GARY P. DECICCO
By his counsel,

*/s/Caroline K. Simons*
Thomas C. Frongillo
Caroline K. Simons
Fish & Richardson
1 Marina Park Drive
Boston, MA 02210


Date:  January 19, 2018