UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) No. 17-CR-10092-NMG<br>) |
| GARY P. DECICCO, | )<br>) |
| *Defendant*. | )<br>) |

**MOTION OF DEFENDANT GARY P. DECICCO TO COMPEL DISCOVERY**

Pursuant to Fed. R. Civ. P. 16 and Local Rules 116.1 and 116.2, Defendant Gary P. DeCicco, through his counsel, respectfully submits this Motion to Compel. Pursuant to L.R. 7.1(b)(4), Mr. DeCicco further moves for leave to file a Memorandum of Law in support of the Motion in excess of the twenty page limit.

As grounds for this Motion, Mr. DeCicco states that the government has declined to produce exculpatory documents under *Brady* and *Giglio*, including in response to Requests 11, 19, 23, 24, and 38 from Mr. DeCicco's discovery letter dated March 6, 2018. This is despite troubling irregularities in the production to date, as explained in more detail in the accompanying Memorandum of Law, that cast doubt on the government's case against Mr. DeCicco.

The government has further refused to provide adequate responses to numerous other requests for discovery of documents and information material to preparing the defense under Rule 16, including Requests 3-8, 13, 14, 16, 18, 21, 22, 23, and 25, necessitating this Motion and the excess length of the Memorandum of Law filed in support. As the Memorandum of Law will show, the defendant makes a *prima facie* showing of how the documents and information requested, in each of the requests that the government has declined to provide requested

information, is material to preparing the defense because it can be used to refute the government's case, uncover admissible evidence, aid witness preparation, corroborate testimony, and/or assist impeachment or rebuttal. *See United States v. Goris*, 876 F.3d 40, 44-45 (1st Cir. 2017).

In further support of this Motion, Mr. DeCicco relies on the facts and arguments contained in the Memorandum of Law submitted together with this Motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), counsel for Mr. DeCicco respectfully requests oral argument on this Motion.

Respectfully submitted,

GARY P. DECICCO

*By his attorneys*,

/s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
Caroline K. Simons (BBO# 680827)
FISH & RICHARDSON, P.C.
One Marina Park Drive
Boston, Massachusetts 02210
frongillo@fr.com
simons@fr.com
TEL: (617) 542-5070
FAX: (617) 542-8906

James J. Cipoletta (BBO# 084260)
Law Offices of James J. Cipoletta
Citizens Bank Building
385 Broadway Suite 307
Revere, Massachusetts 02151
jim@cipoletta.com
Tel: (781) 289-7777

Dated: April 18, 2018                                   Fax: (781) 289-9468

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that pursuant to L.R. 7.1(a)(2) that I have conferred with the United States, through Assistant United States Attorney Kristina Barclay, prior to the filing of this motion in a good faith attempt to resolve or narrow the areas of dispute, and the government opposes the relief requested.

                                                      /s/ Caroline K. Simons
                                                     Caroline K. Simons

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was filed on April 18, 2018 through the CM/ECF system and will be served electronically to registered CM/ECF participants as identified on the Notice of Electronic Filing.

                                                      /s/ Thomas C. Frongillo
                                                     Thomas C. Frongillo