**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | No. 17-CR-10092-NMG |
| ) | |
| GARY P. DECICCO, ) | |
| ) | |
| *Defendant*.   ) | |

### DEFENDANT GARY P. DECICCO'S MOTION IN LIMINE TO EXCLUDE REFERENCES OF ORGANIZED CRIME, GANG, OR "MOB" CONNECTIONS

Pursuant to Fed. R. Evid. 402 and 403, Defendant Gary DeCicco respectfully moves *in limine* to request that this Court preclude the government from using references organized crime in connection with Mr. DeCicco, including any references to Mr. DeCicco as a "mobster," any references to individuals being "associates" of Mr. DeCicco, or any other reference connecting Mr. DeCicco with organized crime. As further grounds for its Motion, Mr. DeCicco relies on the Memorandum of Law filed herewith.

### CONCLUSION

For these reasons, and the reasons set forth in the accompanying Memorandum in Support, Mr. DeCicco requests that the Court grant this motion and preclude the government from making any mention of organized crime or the "mob."

### REQUEST FOR ORAL ARGUMENT

Mr. DeCicco requests that the Court hear oral argument on this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | GARY P. DECICCO |
|  | By his attorneys, |
|  | /s/ Thomas C. Frongillo |
|  | Thomas C. Frongillo (BBO# 180690) |
|  | Caroline K. Simons (BBO# 680827) |
|  | FISH & RICHARDSON P.C. |
|  | One Marina Park Drive |
|  | Boston, Massachusetts 02210 |
|  | frongillo@fr.com |
|  | simons@fr.com |
|  | TEL: (617) 542-5070 |
|  | FAX: (617) 542-8906 |
|  | James J. Cipoletta (BBO# 084260) |
|  | Law Offices of James J. Cipoletta |
|  | Citizens Bank Building |
|  | 385 Broadway Suite 307 |
|  | Revere, Massachusetts 02151 |
|  | jim@cipoletta.com |
|  | Tel: (781) 289-7777 |
| Dated: May 7, 2018 | Fax: (781) 289-9468 |

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

    Pursuant to Local Rule 7.1(a)(2), I certify that I conferred in good faith with counsel for the United States, Assistant United States Attorney Kristina Barclay, to resolve or narrow the issues presented by this motion, and that the disputed issues remain unresolved
    .

                                                        /s/ Caroline K. Simons
                                                        Caroline K. Simons

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was filed on May 7, 2018 through the CM/ECF system and will be served electronically to registered CM/ECF participants as

identified on the Notice of Electronic Filing.

                                                                                                        /s/ Thomas C. Frongillo  
                                                                                                        Thomas C. Frongillo