# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | )  | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 17-CR-10092-NMG |
| | ) | |
| GARY P. DECICCO, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## DEFENDANT GARY P. DECICCO'S MOTION IN LIMINE TO EXCLUDE REFERENCES TO PRIOR CONVICTIONS

In response to the government's January 9, 2018 Rule 404(b) notice and pursuant to Fed. R. Evid. 403, 404, and 609(b), Defendant Gary P. DeCicco respectfully moves *in limine* to request that this Court preclude the government from introducing evidence at trial concerning Mr. DeCicco's prior criminal record, including his prior convictions for mail fraud in 2004. The prejudice to Mr. DeCicco from admitting his prior convictions substantially outweighs its virtual absence of probative value, and the government cannot show any special relevance or proper purpose for introducing such evidence in this case.

## CONCLUSION

For the reasons set forth in the accompanying Memorandum in Support, Mr. DeCicco requests that the Court grant this motion *in limine* to exclude evidence of Mr. DeCicco's prior criminal record.

## REQUEST FOR ORAL ARGUMENT

Mr. DeCicco requests that the Court hear oral argument on this motion.

Respectfully submitted,

GARY P. DECICCO

By his attorneys,

/s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
Caroline K. Simons (BBO# 680827)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210
frongillo@fr.com
simons@fr.com
TEL: (617) 542-5070
FAX: (617) 542-8906

James J. Cipoletta (BBO# 084260)
Law Offices of James J. Cipoletta
Citizens Bank Building
385 Broadway Suite 307
Revere, Massachusetts 02151
jim@cipoletta.com
Tel: (781) 289-7777
Dated: May 7, 2018                  Fax: (781) 289-9468


## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that I conferred in good faith with counsel for the United States, Assistant United States Attorney Kristina Barclay, to resolve or narrow the issues presented by this motion, and that the disputed issues remain unresolved.

/s/ Caroline K. Simons
Caroline K. Simons


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on May 7, 2018 through the CM/ECF system and will be served electronically to registered CM/ECF participants as identified on the Notice of Electronic Filing.

/s/ Thomas C. Frongillo
Thomas C. Frongillo