## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 17-CR-10092-NMG |
| | ) | |
| GARY P. DECICCO, | ) | |
| | ) | |
| *Defendant*. | ) | |

---

## DEFENDANT GARY P. DECICCO'S MOTION IN LIMINE TO PRECLUDE REFERENCES TO PRIME, WITHAM, AND/OR LUNDRIGAN AS CO-CONSPIRATORS AT TRIAL

Pursuant to Fed. R. Evid. 403, Defendant Gary DeCicco respectfully moves *in limine* to request that this Court preclude the government from referring to Jeffrey Prime, David Witham, and James Lundrigan as co-conspirators during trial because it is likely to confuse the issues and mislead the jury, given that the indictment does not contain a conspiracy charge. Moreover, to the extent that the government intends to offer any statement made by Prime, Witham, and/or Lundrigan pursuant to Rule 801(d)(2)(E), Mr. DeCicco reserves the right to request a *Petrozziello* hearing to efficiently resolve the admissibility issues and avoid undue prejudice, and that the government be ordered to specifically identify each such statement so that those statements can be considered at the *Petrozziello* hearing.

## CONCLUSION

For the reasons set forth in the accompanying Memorandum in Support, Mr. DeCicco requests that the Court grant this motion *in limine* and preclude the government from referring to Prime, Witham, and/or Lundrigan as alleged "co-conspirators" of Mr. DeCicco, and to reserve the right to request a *Petrozziello* hearing statements that the government intends to introduce at trial under Fed. R. Evid. 801(d)(2)(E).

## REQUEST FOR ORAL ARGUMENT

Mr. DeCicco requests that the Court hear oral argument on this motion.

Respectfully submitted,

GARY P. DECICCO

By his attorneys,

 /s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
Caroline K. Simons (BBO# 680827)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210
frongillo@fr.com
simons@fr.com
TEL: (617) 542-5070
FAX: (617) 542-8906

James J. Cipoletta (BBO# 084260)
Law Offices of James J. Cipoletta
Citizens Bank Building
385 Broadway Suite 307
Revere, Massachusetts 02151
jim@cipoletta.com
Tel: (781) 289-7777
Dated: May 7, 2018                              Fax: (781) 289-9468

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that I conferred in good faith with counsel for the United States, Assistant United States Attorney Kristina Barclay, to resolve or narrow the issues presented by this motion, and that the disputed issues remain unresolved.

/s/ Caroline K. Simons
Caroline K. Simons

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on May 7, 2018 through the CM/ECF system and will be served electronically to registered CM/ECF participants as identified on the Notice of Electronic Filing.

 /s/ Thomas C. Frongillo
Thomas C. Frongillo
