UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 17-10092-NMG |
| | ) | |
| GARY P. DECICCO, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' OBJECTIONS TO
## DEFENDANT'S PROPOSED EXHIBITS

The United States respectfully submits these objections to the Defendant's First

Amended Exhibit List (Docket No. 275):

| PROP. EX. # | DESCRIPTION | OBJECTION |
|---|---|---|
| 1 | Certified Copy of 209A Order from Malden District Court, June 3, 1993 | Fed.R.Evid. 801, 802 (hearsay); 608, 609 (improper impeachment); 403 (unfair prejudice); 611(a)(3) (protection of witness from harassment or undue embarrassment); 901 (authenticity); *see* Docket No. 260, United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Testimony Regarding Civil Restraining Orders |
| 2 | Email exchange between A. Bisignani and G. DeCicco, November 19, 2012 | Fed.R.Evid. 801, 802 (hearsay); 901 (authenticity); *see* Docket No. 262, United States' Motion *in Limine* to to Preclude Defendant from Offering or Eliciting His Own Self-Serving Statements |
| 3 | Purchase and Sales Agreement for 173 Main St, Saugus, MA, April 10, 2005 | |
| 4 | Certified Copy of Mass. Secretary of State Records for GDC Construction, LLC, Certificate of Organization, March 22, 2005 | Fed.R.Evid. 401 (relevance) |
| 5 | Mortgage for 173 Main St., Saugus, MA, May 3, 2005 | |
| 6 | Quitclaim deed for 173 Main St, Saugus, MA, May 3, 2005 | |

| 7 | Engineering Alliance Customer Balance Detail for CW-1, September 1, 2005 –October 11, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
|---|---|---|
| 8 | WITHDRAWN BY DEFENDANT | |
| 9 | Agreement for Professional Services, Engineering Alliance, July 15, 2005 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 10 | Agreement for Professional Services, Engineering Alliance – Revised, July 25, 2005 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 11 | Documents pertaining to demolition of building on 173 Main St., Saugus, MA (2003) | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 12 | Field reports from D. DiLullo to F. Varone re: 173 Main Street (Sept. 24 2013-March 24, 2013) | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 13 | DiLullo Proposal to CW-1 re: 173 Main Street, Saugus, MA, May 7, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 14 | Engineering Alliance Submission to Saugus Planning Board, March 16, 2006 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 15 | Engineering Alliance Submission to MassHighway, April 13, 2006 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 16 | Telephone Records of G. DeCicco | Fed.R.Evid. 401 (relevance) as to certain time periods |
| 17 | D. DiLullo handwritten notes and attachments to P. Varone re: 173 Main Street | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 18 | Certified Copy of 209A Order from Waltham District Court, November 12, 2009 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 608, 609 (improper impeachment); 403 (unfair prejudice); 611(a)(3) (protection of witness from harassment or undue embarrassment); 901 (authenticity); *see* Docket No. 260, United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Testimony Regarding Civil Restraining Orders |

| 19 | Certified Copy of Affidavit re: 209A Application from Waltham District Court, November 12, 2009 | Fed.R.Evid. 401 (relevance) 801, 802 (hearsay); 608, 609 (improper impeachment); 403 (unfair prejudice); 611(a)(3) (protection of witness from harassment or undue embarrassment); 901 (authenticity); *see* Docket No. 260, United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Testimony Regarding Civil Restraining Orders |
| --- | --- | --- |
| 20 | Engineering Alliance Proposed Plans for 173 Main Street, Saugus, MA, June 24, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 21 | Certified Copy of Mass. Secretary of State Records for Atlantis Marina Docks, LLC, Certificate of Organization, March 31, 2009 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 22 | WITHDRAWN BY DEFENDANT | |
| 23 | WITHDRAWN BY DEFENDANT | |
| 24 | Posting about Allston Motor Sports, October 19, 2009 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); 403 (prejudice); 611(a)(3) (protection of witness from harassment or undue embarrassment); *see* United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Certain Information About CW-1 (Docket No. 261) |
| 25 | Posting about Allston Motor Sports, August 2, 2010 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); 403 (prejudice); 611(a)(3) (protection of witness from harassment or undue embarrassment); *see* United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Certain Information About CW-1 (Docket No. 261) |
| 26 | Posting about Allston Motor Sports, April 10, 2011 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); 403 (prejudice); 611(a)(3) (protection of witness from harassment or undue embarrassment); *see* United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Certain Information About CW-1 (Docket No. 261) |
| 27 | Posting about Allston Motor Sports, August 11, 2009 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); 403 (prejudice); 611(a)(3) (protection of witness from harassment or undue embarrassment); *see* United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Certain Information About CW-1 (Docket No. 261) |

| 28 | Posting about Allston Motor Sports, August 31, 2009 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); 403 (prejudice); 611(a)(3) (protection of witness from harassment or undue embarrassment); *see* United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Certain Information About CW-1 (Docket No. 261) |
| --- | --- | --- |
| 29 | Audio Recording of voice message, CW-1 to L. Cunningham, Jan. 15, 2010 | Fed.R.Evid. 401 (relevance); 403 (prejudice); 608(b) (improper impeachment); 611(a)(3) (protection of witness from harassment or undue embarrassment); *see* United States' Motion *in Limine* to Exclude Evidence of a Phone Message Left by CW-1 in 2010 (Docket No. 188); Government's Opposition to Defendant's Motion *in Limine* to Admit Evidence (Docket No. 248) |
| 30 | Certified transcript and police report re: audio recording of threat made by CW-1 to L.Cunningham on January 15, 2010, from Plymouth District Court | Fed.R.Evid. 401 (relevance); 403 (prejudice); 608(b) (improper impeachment); 611(a)(3) (protection of witness from harassment or undue embarrassment); 801, 802 (hearsay); *see* United States' Motion *in Limine* to Exclude Evidence of a Phone Message Left by CW-1 in 2010 (Docket No. 188); Government's Opposition to Defendant's Motion *in Limine* to Admit Evidence (Docket No. 248) |
| 31 | Lynnway Auto Sales Invoice re: 2012 Maserati, May 15, 2012 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 32 | Lynnway Auto Sales Documents re: sale of Ferrari Spider, Aug. 27, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 33 | Engineering Alliance Letter to Saugus Conservation Comm. re: 173 Main Street, Saugus, MA, June 24, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 34 | Engineering Alliance Letter to Saugus Planning Board, re: 173 Main Street, Saugus, MA, June 24, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 35 | Purchase documents re: G. DeCicco purchase of Rolls-Royce | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 36 | Scourtas e-mail to CW-1 re: Porsche show, forwarded to DeCicco, July 23, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 37 | DeCicco email to Scourtas re: Porsche Tire, March 5, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); *see* Docket No. 262, United States' Motion *in Limine* to to Preclude Defendant from Offering or Eliciting His Own Self-Serving Statements (Docket No. 260) |

| 38 | Letter from Engineering Alliance to Saugus Conservation Comm., re: 173 Main Street, Saugus, MA, July 24, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
|---|---|---|
| 39 | GDC Construction Check to Lynnway Auto Sales, Aug. 1, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 40 | DiLullo Associates Plans, Pricing Set, Aug. 2, 2013 | |
| 41 | Photographs of K. DeBenedictis and R. Scourtas at Porsche show, August 4, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 42 | Engineering Alliance Letter to Saugus Planning Board, Aug. 7, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 43 | Engineering Alliance Letter to Saugus Conservation Comm. re: 173 Main Street, Saugus, MA, Aug. 13, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 44 | DiLullo Associates Revised Architectural Plans, 173 Main St, Saugus, MA, Aug. 14, 2013 | |
| 45 | Saugus Building Dept. Application, Assessor's Dept., Aug. 14, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 46 | Saugus Building Dept. Application, Building Dept., Aug. 14, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 47 | Saugus Building Dept. Application, Conservation Dept., Aug. 14, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 48 | Saugus Building Dept. Application, DPW. Dept., Aug. 14, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 49 | Saugus Building Dept. Application, Engineering Dept., Aug. 14, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 50 | Saugus Building Dept. Application, Health Dept., Aug. 14, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 51 | Saugus Building Dept. Application, Plumbing  Dept., Aug. 14, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 52 | Saugus Building Dept. Application, Planning Board., Aug. 14, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |

| 53 | Town of Saugus Building Permit Instructions, Aug. 15, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
|----|----|----|
| 54 | Letter from R. Salvo to Saugus Planning Bd., Sept. 18, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 55 | Final Construction Control Document for 173 Main St., July 1, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 56 | Letter from R. Salvo to Saugus Planning Bd., July 17, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 57 | Initial Construction Control Document, 173 Main St., Saugus, MA, Aug. 15, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 58 | Saugus Application for Building Permit, 173 Main St., Saugus, MA, Aug. 15, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 59 | Saugus Foundation Permit, 173 Main St., Saugus, MA, Aug. 19, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 60 | Town of Saugus Planning Board Records, Sept. 26, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 61 | Town of Saugus Board of Health Sewer Permit, Sept. 30, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 62 | Mass DEP Records (Wetlands approval for AEG), Oct. 1, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 63 | Town of Saugus Application for Permit for Electrical Work, Oct. 14, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 64 | Purchase documents re: Buick, CarProLive Records, Oct. 31, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 65 | DiLullo Associates Revised Architectural Plans, 173 Main St., Saugus, MA, Nov. 11, 2013 | |
| 66 | Sale records re: Boss Hoss motorcycle, Lynnway Auto Sales, Nov. 13, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 67 | Commonwealth of Mass. Workers' Comp. Ins. Aff. of J. D'Olimpio, Dec. 2, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 68 | Phone records of N. Spinosa | Fed.R.Evid. 401 (relevance) |
| 69 | E-mail and attachment, D. Dilullo to M. Welsh (CW-1 threat), Mar. 24, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); 403 (prejudice) |
| 70 | P. Varone E-Mail to G. DeCicco, Mar. 25, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); 403 (prejudice) |
| 71 | FBI 302 Report (March 15, 2017) | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay) |

| 72 | FBI 302 Report (March 16, 2017) | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay) |
|---|---|---|
| 73 | Video of arrest of Mr. DeCicco from CW-1's phone (March 17, 2017) | Fed.R.Evid. 401 (relevance) |
| 74 | MarJam/Interpro Notice of Contract, Aug. 6, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay) |
| 75 | FD-1057, Feb. 17, 2015 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay) |
| 76 | FD-1057, Nov. 11, 2015 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay) |
| 77 | Saugus Special Permit granted re: 173 Main Street, Saugus, MA, June 20, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 78 | Interpro/United Rentals Notice of Contract against Sahar LLC, April 10, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay) |
| 79 | E-mail from feedback@cars.com re: Audi Q7, July 31, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); 403 (prejudice); 611(a)(3) (protection of witness from harassment or undue embarrassment); *see* United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Certain Information About CW-1 (Docket No. 261) |
| 80 | Town of Saugus Public Records Request, made by R. Salvo, Feb. 28, 2018 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 81 | Government subpoena of CW-1's phone records and response, April 17, 2017 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); Fed.R.Crim.P. 6(e) (grand jury secrecy) |
| 82 | Town of Saugus Certificate of Occupancy Compliance, Oct. 16, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 83 | DiLullo handwritten projected cost of building Auto Excellence | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 84 | Town of Saugus Special Permit Granted, Oct. 26, 2005 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 85 | Saugus Planning Board Site Plan Review Action, Aug. 6, 2013 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 86 | Town of Saugus Sheet metal permit, March 14, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 87 | Town of Saugus Legal Opinion re: Lapse of Special Permit, Nov. 3, 2008 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 88 | Systems Electrical Services proposal, invoices and correspondence with CW-1 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); 403 (prejudice); 611(a)(3) (protection of witness from harassment or undue embarrassment); *see* United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Certain Information About CW-1 (Docket No. 261) |

| 89 | Check to R. Aswad re: 29 Thayer Ave. LLC., Aug. 1, 2012 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
|---|---|---|
| 90 | Docket of Systems Electrical Services, Inc. v. Medi Mirnasiri D/B/A/ Auto Excellence Group LLC, 1514SC001264 (Chelsea District Court) | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); 403 (prejudice); *see* United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Certain Information About CW-1 (Docket No. 261) |
| 91 | Text messages between CW-1 and Ralph Teixeira, Jan. 10, 2017 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); 403 (prejudice); 611(a)(3) (protection of witness from harassment or undue embarrassment); *see* United States' Motion *in Limine* to Preclude Defendant from Offering or Eliciting Certain Information About CW-1 (Docket No. 261) |
| 92 | Grand Jury subpoena re: R. Aswad,  Jan. 24, 2017 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); Fed.R.Crim.P. 6(e) (grand jury secrecy) |
| 93 | Immunity Order re: GF-1, Feb. 28, 2017 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); Fed.R.Crim.P. 6(e) (grand jury secrecy) |
| 94 | Bill of sale of Membership Interest – 29 Thayer Ave LLC, Aug. 2012 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 95 | Saugus Police Department Report, August 4, 2014 – Oct. 16, 2014 | Fed.R.Evid. 801, 802 (hearsay) |
| 96 | Saugus Police Department Report, Jan. 11-12, 2015 | Fed.R.Evid. 801, 802 (hearsay) |
| 97 | Text message from G. DeCicco to GF-1 including photograph of title to Ford Expedition, April 30, 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity); *see* Docket No. 262, United States' Motion *in Limine* to to Preclude Defendant from Offering or Eliciting His Own Self-Serving Statements (Docket No. 260) |
| 98 | Check from P. Avedisian to G. DeCicco | NOT YET PRODUCED BY DEFENDANT |
| 99 | Sale records re: purchase of used Ford Expedition from CW-1, April 2014 | NOT YET PRODUCED BY DEFENDANT |
| 100 | WITHDRAWN BY DEFENDANT | |
| 101 | Photograph of GF-1 and G. DeCicco | Fed.R.Evid. 401 (relevance) |
| 102 | Photograph of G. DeCicco and L. DeCicco | Fed.R.Evid. 401 (relevance) |
| 103 | Photograph of L. DeCicco and V. Laurano | Fed.R.Evid. 401 (relevance) |
| 104 | Photograph of Ford Expedition | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |

| 105 | WITHDRAWN BY DEFENDANT | |
|-----|------------------------|--|
| 106 | WITHDRAWN BY DEFENDANT | |
| 107 | Photograph of Atlantis Marina | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 108 | Satellite photograph of Nectar Place, Saugus, MA | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 109 | Photographs of Auto Excellence Group, June 2014 | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 110 | Engineering Alliance documents re: 29 Thayer Ave. | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 111 | Engineering Alliance documents re: 60 Salem Turnpike | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 112 | Engineering Alliance documents re: Atlantis Marina | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 113 | Engineering Alliance documents re: Pleasant Court | Fed.R.Evid. 401 (relevance); 801, 802 (hearsay); 901 (authenticity) |
| 114 | Photograph of G. DeCicco and V. Laurano | Fed.R.Evid. 401 (relevance) |

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s/Kristina E. Barclay
      KRISTINA E. BARCLAY
      ROBERT E. RICHARDSON
      Assistant U.S. Attorneys
      U.S. Attorney's Office
      John J. Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3100

Date:  May 21, 2018

**<u>Certificate of Service</u>**

I hereby certify that this document was filed through the ECF system, and therefore it was sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/Kristina E. Barclay*
KRISTINA E. BARCLAY
Assistant U.S. Attorney

Date:  May 21, 2018