UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Crim. No. 17-10092-NMG |
| | ) | |
| GARY P. DECICCO | ) | |
| | ) | |

## UNITED STATES' SECOND AMENDED WITNESS LIST

The United States respectfully submits this updated list of witnesses it currently intends to call in its case in chief. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to the defendant.

| Name | Address | Counsel |
| --- | --- | --- |
| Pamela Avedisian | Nahant, MA | |
| Philip Baldi | Winthrop, MA | George Vien, Esq. |
| Thomas Barry | United States Attorney's Office | |
| John Cinotti | | |
| Scott Davis | Saugus, MA | |
| Linda DeCicco | Nahant, MA | |
| Lisa Laurano | Nahant, MA | |
| Victoria Laurano | Nahant, MA | |
| John Lloyd | Winthrop, MA | Edward Principe, Esq. |
| James Lundrigan | Lynn, MA | |
| Medi Mirnasari | Nahant, MA | |
| Detective Frank J. Morello | Saugus Police Department | |
| Jeffrey Prime | Nahant, MA | Jane Peachy, Esq. |
| Officer Robert Stanley | Saugus Police Department | |
| David Witham | Marblehead, MA | |
| Detective Matthew Zichella | Saugus Police Department | |
| IRS Court Witness | | |
| Keeper of the Records McMahon and Associates, P.C. | | |
| Keeper of the Records Verizon Wireless | | |
| Keeper of Records T-Mobile | | |
| Keeper of Records Comcast | | |

| Name | Address | Counsel |
|---|---|---|
| Keeper of Records New Global Telecom | | |
| Keeper of Records Level 3 | | |

                         Respectfully submitted,

                         ANDREW E. LELLING
                         United States Attorney

By:   */s/Kristina E. Barclay*
       KRISTINA E. BARCLAY
       ROBERT E. RICHARDSON
       Assistant U.S. Attorneys
       U.S. Attorney's Office
       John J. Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100

Dated:  May 23, 208

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                         */s/Kristina E. Barclay*
                         KRISTINA BARCLAY
                         Assistant U.S. Attorney

Date:  May 23, 2018