UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 17-CR-10092-NMG |
| GARY P. DECICCO, | ) |
| *Defendant*. | ) |

## DEFENDANT'S SECOND AMENDED WITNESS LIST

Defendant Gary DeCicco respectfully submits this amended list of witnesses he intends to call in his case-in-chief.

| Name | Address |
|---|---|
| Special Agent Jesse Chizmadia | Federal Bureau of Investigation |
| Special Agent Matthew Elio | Federal Bureau of Investigation |
| Special Agent Sandra J. Lemanski | Federal Bureau of Investigation |
| Lieutenant Mark Frenzo | Massachusetts State Police |
| Detective Stacey Forni | Saugus Police Department |
| Detective Frank Morello | Saugus Police Department |
| Lieutenant Robert Wells | Kingston Police Department |
| Richard Aswad | Nahant, MA |
| Steven Bagnera | Revere, MA |
| Marty Barnes | Weymouth, MA |
| Maria Bazzi | Revere, MA |
| Alen Bejtovic | Derry, NH |
| Andrew Bisignani | Nahant, MA |
| Sharon Boggs | Holbrook, MA |
| Liran Cohen | Beverly, MA |
| Mark Cullinan | Nahant, MA |

| Name | Address |
|---|---|
| Lawrence Cunningham | Kingston, MA |
| Nicholas D'Angelo | Revere, MA |
| John D'Olimpio | Georgetown, MA |
| Kimberly DeBenedictis | Winthrop, MA |
| Vincent DeBenedictis | Saint Augustine, FL |
| Linda DeCicco | Nahant, MA |
| Daniel DiLullo | Melrose, MA |
| Albert DiVenuti | Nahant, MA |
| Scott Grieves | Swampscott, MA |
| Farzad Hagayegi | Nahant, MA |
| Robert Inello | Nahant, MA |
| Sui Chang Li | Nahant, MA |
| Charles Lightbody | Revere, MA |
| John Lloyd | Winthrop, MA |
| Alfredo Lopilato | Canton, MA |
| Sean McMahon | Boston, MA (Work Address) |
| Richard Magnan | Saugus, MA (Work Address) |
| George Mastoras | Nahant, MA |
| Saad Moustafa | Newton, MA |
| Corina Milian | Lynn, MA |
| Joseph Oteri | West Newton, MA |
| Julia Papagno | Winthrop, MA |
| Richard Salvo | Saugus, MA |
| Richard Scourtas | Nahant, MA |
| Sherry Soleymani | Nahant, MA |
| Noelle Spinosa | Malden, MA |
| John Taglieri | Nahant, MA |
| Ralph Texeira | Revere, MA |
| Fred Varone | Saugus, MA |
| Peter Varone, Jr. | Revere, MA |

| Name | Address |
|---|---|
| Steven Verronneau | New Bedford, MA |
| Records Custodian of Sprint Spectrum L.P. | |
| Records Custodian of Verizon Wireless | |
| Records Custodian of T-Mobile | |
| Records Custodian of New Cingular | |
| Records Custodian of Comcast | |
| Records Custodian of Verizon | |
| Keeper of Records – Town of Saugus Assessment Department | |
| Keeper of Records – Town of Saugus Building Department | |
| Keeper of Records – River Works Credit Union | |

Mr. DeCicco reserves the right to further supplement or modify his witness list from time to time, with reasonable notice to the government.

Respectfully submitted,

GARY P. DECICCO

By his attorneys,

 /s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
Caroline K. Simons (BBO# 680827)
Jessica L. Perry (BBO# 696392)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210
frongillo@fr.com
simons@fr.com
jperry@fr.com
TEL: (617) 542-5070
FAX: (617) 542-8906

James J. Cipoletta (BBO# 084260)
Law Offices of James J. Cipoletta
Citizens Bank Building
385 Broadway Suite 307
Revere, Massachusetts 02151
jim@cipoletta.com
Tel: (781) 289-7777

Dated: May 25, 2018                          Fax: (781) 289-9468

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on May 25, 2018 through the CM/ECF system and will be served electronically to registered CM/ECF participants as identified on the Notice of Electronic Filing.

 /s/ Thomas C. Frongillo
Thomas C. Frongillo