UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 17-CR-10092-NMG |
| | ) | |
| GARY P. DECICCO, | ) | |
| | ) | |
| *Defendant*. | ) | |

**SUPPLEMENTAL FILING IN RESPONSE
TO MAY 24 AND 25, 2018 GOVERNMENT PRODUCTIONS**

Defendant Gary DeCicco wishes to bring to the Court's attention additional exculpatory evidence that was produced to the defense on May 24 and May 25, 2018. The evidence is directly relevant to the issues of government misconduct raised during the pretrial conference on May 23, 2018 and briefed in the Memorandum in Support of Motion to Dismiss the Indictment for Government Misconduct filed on May 24, 2018 (Dkt. No. 300). The Court had requested the defense to file a motion addressing these issues after the defense presented evidence of the government's misrepresentations to the Court concerning its investigation and its destruction of exculpatory evidence, which would not have been revealed but for the eve-of-trial production of Medi Miransiri's phone records on May 17 and May 22, 2018.

Specifically, upon reviewing these records, the defense learned for the first time that, contrary to government representations, Mirnasiri had been in contact with—and indeed appeared to be coordinating and working with—the FBI against Mr. DeCicco Months *before* December 28, 2014. This fact is significant because the government had represented that Mirnasiri and the FBI had not "talk[ed]" or been interviewed by the FBI before December 28, 2014, shortly before his assault on January 11, 2015, as an explanation why there were no efforts

to investigate or obtain evidence against Mr. DeCicco for extortion after he sent Mirnasiri a delivery of flowers, a cross, a note, and pizza in August 2014, which the government has alleged is an extortionate act.  Instead, the government was in close contact with Mirnasiri from August 2014 through December 2014, and coordinated with Mirnasiri before and after Mirnasiri and Mr. DeCicco communicated with each other during that critical time period.  In effect, the government concealed the destruction of key exculpatory evidence in this case:  the communications between Mirnasiri and DeCicco, including several critical voice messages in October and December 2014, which would have proven that Mr. DeCicco had no intent to obtain an interest in Mirnasiri's business and that neither the flower delivery in August 2014 nor the assault on January 11, 2015 had anything to do with such an intent.  The government also concealed extensive communications between Mirnasiri and government agents, showing his against Mr. DeCicco, as well as the development of an unusually special "relationship" with the agents.  This information is exculpatory under *Giglio*.

On May 24, 2018, while defense counsel was preparing its brief pursuant to the Court's Order, Dkt. No. 297, the government sent eleven communications to defense counsel.  A number of these communications contained productions of additional exculpatory information that were "inadvertently" or "inexplicably" omitted from prior productions.  The government evidently did not review its files for exculpatory evidence prior to the defense's presentation before the pretrial conference, and only did so subsequent to the hearing and the Court's order that the parties submit briefing on this issue.  The government's production on May 24, 2018 included the following relevant documents and information to the pending Motion to Dismiss:

- Text messages between FBI Special Agent Jesse Chizmadia and Medi Mirnasiri from the time period of August 27, 2014 through December 9, 2014, which were "inadvertently" omitted from an earlier production;

- Dozens of additional text messages from FBI Special Agent Jesse Chizmadia and Mirnasiri from September 27, 2016 through January 1, 2018, which were "inexplicably" missing from an earlier production;

- Disclosure of the cell phone number of Massachusetts State Police Detective Lieutenant Mark Frenzo, who was in communication with Mirnasiri over 40 times in October and November 2014. Captain Frenzo worked closely with SA Chizmadia on the investigation on this case and attended multiple memorialized interviews of Mirnasiri with SA Chizmadia;

- Additional text messages between Special Agent Matthew Elio and Mirnasiri from January 1, 2018 until present.

The government's correspondence with these various productions is attached as Exhibit 1. Moreover, on May 25, 2018, the government informed the defense that SA Chizmadia had provided Mirnasiri with recording equipment. *See* Exhibit 2. For ease of reference, the newly-discovered calls with Captain Frenzo have been added to the demonstrative presented at the May 23, 2018 hearing, attached as Exhibit 3.[1]

The defense submits that the government's belated production of this information is directly relevant to the issues raised in the defense's Motion to Dismiss Indictment for Government Misconduct and accompanying Memorandum in Support, as it is indicative of the scope of the government's continued failure to investigate and disclose exculpatory evidence.

---

[1] Exhibit 3 reflects typographical corrections as well as corrections for the times of certain calls, due to use of Pacific time zone on certain of the data on the telephone records. A December 10 contact between SA Chizmadia and Mirnasiri was also mistakenly omitted, and is added in the corrected Exhibit 3. The Newly disclosed contacts between Captain Frenzo and Mirnasiri have been added in blue to Exhibit 3.

Respectfully submitted,

GARY P. DECICCO

By his attorneys,

/s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
Caroline K. Simons (BBO# 680827)
Jessica L. Perry (BBO# 696392)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210
frongillo@fr.com
simons@fr.com
jperry@fr.com
TEL: (617) 542-5070
FAX: (617) 542-8906

James J. Cipoletta (BBO# 084260)
Law Offices of James J. Cipoletta
Citizens Bank Building
385 Broadway Suite 307
Revere, Massachusetts 02151
jim@cipoletta.com
Tel: (781) 289-7777
Fax: (781) 289-9468

Dated: May 25, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2018, I caused the foregoing document to be filed using the Court's ECF system. I have also caused the foregoing document to be served the document upon all parties of record.

/s/ Thomas C. Frongillo
Thomas C. Frongillo