Exhibit 2.1 to Dkt. No. 310
Supplemental MEMORANDUM in Support by Gary P. DeCicco re
[301] MOTION to Dismiss INDICTMENT FOR GOVERNMENT
MISCONDUCT



There in 15
12:54 PM

M Ok  12:54 PM

Traffic, there soon.
1:21 PM

M Ok  1:21 PM

Almost there
1:50 PM

Sorry for the delay, had to get pictures ready, will be right there
2:10 PM

M Ok, np.  2:10 PM

5 min away
2:37 PM

M I"m starving,  lol  2:42 PM

Wednesday, November 4, 2015

Got your message, can I call you in the morning?
5:46 PM



**Medi**
(781) 244-4474

Sure, tks, 5:47 PM

Sure, tks, 5:50 PM

Tuesday, April 12, 2016

What"s your street address and what is Gary"s. Checking on something
5:44 PM

My home? 5:45 PM

Yes
5:46 PM

My address is 7 nectar pl Nahant
5:46 PM

How close to Nahant rd
5:47 PM

Gray"s I think is 2. I"m not sure 5:47 PM

His house is the first house on the beach side.
5:53 PM

Enter message

USAO_DECICCO_00025707



**Medi**
(781) 244-4474

Do you recognize name Jeff prime.

5:57 PM

 With bunch of car"s on his driveway

Is the biggest house in the area.

5:57 PM

Today there was 5 cars in his driveway

No, do you want me to find out?

5:58 PM

About what time of day was it when you were assaulted I am not at office to check

8:47 PM

About 1pm

8:48 PM

I remember football was on. Lou and I will come and see you next week, may have a few more names to run by you.

8:49 PM

 Enter message  

USAO_DECICCO_00025708

**Medi**
(781) 244-4474

few more names to run by
you.
8:49 PM

 Sounds good,  thanks  8:50 PM

 I look into Jeff prime.  8:51 PM

Tuesday, May 17, 2016

We still good for today?  Was
gonna be there about 1.
9:19 AM

 Sounds good

C u  9:22 AM

Tuesday, May 24, 2016

Did you meet with Charlie, any
idea who we go to first?
9:35 AM

 He said he"s coming over this
week
9:39 AM

 I will let you know as soon as
it comes
9:40 AM

Enter message  SEND



**Medi**
(781) 244-4474

9:35 AM   idea who we go to first?

M   He said he"s coming over this week
9:39 AM

M   I will let you know as soon as it comes
9:40 AM

Wednesday, June 1, 2016

9:21 AM   In a meeting, can call soon.

M   Pj Veronie
1 781-953-5412

Pj. Is peter son
MMS
9:22 AM

Got your message, will start looking into that and call you soon.
1:20 PM

M   Ok tks   1:21 PM

Wednesday, June 8, 2016

10:23 AM   Any progress

Enter message

USAO_DECICCO_00025710



**Medi**
(781) 244-4474

He called me yesterday and told me he is coming over today.
10:35 AM

K call me later
10:46 AM

Ok  10:46 AM

Wednesday, September 21, 2016

You around Friday?
3:22 PM

Yes  3:23 PM

May stop by in the morning
3:42 PM

Sounds good,
Please call me b4 I just want to make sure no one is here
3:44 PM

OK sounds good.
3:45 PM

Thanks  3:45 PM

Enter message

USAO_DECICCO_00025711



**Medi**
(781) 244-4474

3:45 PM

Thursday, September 22, 2016

Something came up tomorrow how"s monday
1:23 PM

Ok np. 2:05 PM

Friday, September 23, 2016

My day opened back up can we stop by mid morning?
9:02 AM

I have 2 customers  back to back until  1 how about after that?
9:04 AM

Sure, I will check in about 1230
9:04 AM

Ok 9:05 AM

I"m close

Let me know when is a good time.
12:55 PM

Enter message

USAO_DECICCO_00025712

 

**Medi**
(781) 244-4474



My customer still here — 12:56 PM

OK I can hang, how long do you think?
12:56 PM

About 20 to 30 minutes — 12:57 PM

12:57 PM    OK that works

Thanks — 12:59 PM

1:19 PM    At pace"s just let me know

My customer still here — 1:20 PM

Can we meet you Monday morning?
1:23 PM

Monday is better — 1:23 PM

How about in the morning when you get in
1:24 PM

 Enter message    SEND

USAO_DECICCO_00025713



**Medi**
(781) 244-4474

1:23 PM   ~~morning.~~

M   Monday is better   1:23 PM

How about in the morning
when you get in   1:24 PM

Monday, September 26, 2016

10:17 AM   Out back can we come in?

M   Sure come upstairs   10:18 AM

Friday, October 7, 2016

M   Rick S.
    (617) 605-4500   MMS
    4:49 PM

4:55 PM   What is his last name?

M   I think is scurtis.   4:56 PM

Tuesday, November 22, 2016

Let me know when your back,
grabbing lunch quick.   1:22 PM

Enter message   SEND



**Medi**
(781) 244-4474

M  2 sounds good  1:41 PM

1:46 PM  Yep

2:03 PM  Be there 5

M  Ok  2:04 PM

I can"t find scurtis anywhere do you know his address?
5:32 PM

M  Work or home?  5:33 PM

5:34 PM  Home

M  He lives in Bass point Apartments

Seabreeze Ln.  5:36 PM

M  I don"t know the number

I try to get for you  5:37 PM

Enter message  SEND

USAO_DECICCO_00025715





**Medi**
(781) 244-4474

4:25 PM

Ok, I will call tomorrow and fill in.
4:27 PM

He is going to California on Wednesday morning
4:29 PM

4:51 PM   Ok, he told us that

U talked to him?
4:52 PM

4:53 PM   Yep this afternoon

Oh ok
Very good
4:53 PM

Sunday, December 25, 2016

Merry Christmas to you and your family
God bless
12:30 PM

12:57 PM   You as well.

Tuesday, January 10, 2017

Enter message

SEND

USAO_DECICCO_00025717

 

**Medi**
(781) 244-4474



Tuesday, January 10, 2017

Today may not work, how"s Friday?

7:53 AM

 Ok, sounds good   8:09 AM



 Enter message    



MMS
9:36 PM

Wednesday, January 11, 2017

9:17 AM   Perfect, bring that Tuesday

M   I think  I gave them to you or
the police
9:32 AM

9:37 AM   OK I"ll track them down

M   Ok   9:40 AM



**Medi**
(781) 244-4474

M   Ok   8:32 AM

Running late 1045 or 11   10:23 AM

M   Ok   10:30 AM

10 min out   11:00 AM

Tuesday, January 31, 2017

Free for a call?   4:00 PM

Friday, February 3, 2017

You gonna be around Tuesday at lunch time.   1:14 PM

M   Yes   1:22 PM

Tuesday, February 7, 2017

How"s about 1 at your place?   10:56 AM

M   Ok   10:57 AM

130   12:44 PM

Enter message   SEND



**Medi**
(781) 244-4474

12:44 PM  130

M  Ok  12:44 PM

Days getting crazy, you around tomorrow at lunch?
1:10 PM

M  Tomorrow not good. Thursday?  1:19 PM

Yep, perfect about 1 or 130 that work?
1:19 PM

M  Ok  1:20 PM

M  We are getting snow on Thursday, let"s meet on Saturday or next week  4:04 PM

Tuesday, February 14, 2017

4:51 PM  See you tomorrow around 12?

M  Ok  5:13 PM

Enter message  SEND

 

 **Medi**
(781) 244-4474 

**M** Majid jamali afoosi
Is the Olds of 4 brother"s and
one sister.
The nephew is Milad Farahani
Is the owner of the Boston
foreign motor in Brighton        2:14 PM

Monday, March 13, 2017

Might be around 7 tonight,
that OK?
3:24 PM

**M** 6:30 please  4:09 PM

K maybe earlier.
4:10 PM

**M** Thanks  4:10 PM

Wednesday, March 15, 2017

The guy Matt I am working
with may need to call you
quick today.
8:29 AM

**M** Sure  8:40 AM

Enter message           SEND

USAO_DECICCO_00025722



MMS
3:49 PM

MMS
3:50 PM

USAO_DECICCO_00025723



**Medi**
(781) 244-4474

MMS
3:50 PM

Looks good could you mark
as best you can where doors
are.

3:51 PM



Enter message

 

**Medi**
(781) 244-4474



MMS
4:04 PM

(M) Appellate tax board
100 Cambridge st. Suite 200
Boston
I"m going March 21 at 9:30    5:33 PM

(M) The lights are in the bedroom

On*    8:57 PM

8:57 PM    OK thanks

 Enter message     



On* 8:57 PM

OK thanks 8:57 PM

Thursday, March 16, 2017

You home? 8:10 PM

I"m over friends house 8:32 PM

As soon as I go home I will text you 8:33 PM

K 8:34 PM

Only pam car in the driveway

All lights are off 10:08 PM

Ok, sounds good.  Talk to you tomorrow. 10:09 PM

Ok, gn. 10:09 PM



**Medi**
(781) 244-4474

We just arrested him.
6:19 AM

M  Ok  6:19 AM

M  Where was he?  6:20 AM

I will call later.

6:20 AM  Home

M  Good job  6:20 AM

M  I see you  6:23 AM

6:23 AM  I figured

M  U want to come over for
   coffee?
                    6:24 AM

No that"s ok, another time, we
gotta get him to court.

I will call later and give you an
update.
6:25 AM

Enter message                SEND

I will call later and give you an update.
6:25 AM

Ok   6:25 AM

Thanks, I will take you up on it later.
6:27 AM

No my friend,  THANK YOU. GREAT JOB
6:28 AM

Monday, March 20, 2017

Good weekend?  Will call about 4 with an update.
9:40 AM

It was good tks,
My family came to visit.
How about you?
9:49 AM

Good.  Anybody in the house across the street that you can tell.
10:10 AM

My sister told me 2 women went In the house
10:20 AM

Enter message



🖼 ⟲ ⊳                           ✻ ⟐ ⁴ᴳᴱ .ıl 83% ▣ 12:21 PM

‹   **Medi**
    (781) 244-4474                    📞   ☰

Ⓜ  When you can please call me   10:43 AM

              10:52 AM   K, about 30 min

              Tuesday, March 21, 2017

Ⓜ  Fred Verona has send his
   right hand man for this
   hearing

   I"m fucked again   9:38 AM

           Do you know name?  We will
   9:45 AM   square this away don"t worry.

Ⓜ  I think is Ron Cohan   9:46 AM

              11:28 AM   How did it go?

Ⓜ  He gave me a break,  some
   what.
   I tell you later        11:34 AM

              11:37 AM   Ok

⊘  Enter message            SEND

USAO_DECICCO_00025729



**Medi**
(781) 244-4474

Wednesday, March 22, 2017

9:04 AM  I"ll keep you posted today.

(M) Okay thanks  9:05 AM

Monday, March 27, 2017

Might be more like 8 but I can come North.
4:56 PM

(M) R u on your way?  7:37 PM

7:39 PM  Yep almost there

(M) FYI got an email from Jessica Pooler
10:04 PM

Tuesday, March 28, 2017

3:57 PM  How did it go?

(M) Very good,

How u doing?  4:11 PM

Enter message

USAO_DECICCO_00025730



**Medi**
(781) 244-4474

Very good,

How u doing?   4:11 PM

Thursday, March 30, 2017

One Courthouse Way Boston Massachusetts Park in the big building to the right there"s a garage underneath   6:05 AM

Thanks I b there   6:25 AM

Tuesday, April 4, 2017

8:24 PM   Give me 15

Ok, is Gary out?   8:25 PM

8:27 PM   No

Ok tks   8:28 PM

Friday, April 7, 2017

9:50 AM   In meeting call in 30?

Enter message



**Medi**
(781) 244-4474

9:50 AM   In meeting call in 30?

M   Np.   9:50 AM

M   It looks like  there is a party in
gary"s house
                    7:47 PM

8:27 PM   How many cars in driveway.

Saturday, April 8, 2017

M   Gm. It look like 6 to 8 cars
and all the lights on
                    7:00 AM

5:27 PM   Weird huh, what do you think?

M   Very unusual   7:18 PM

7:19 PM   Get license plates if you can

M   It was at night and dark in his
driveway
                    7:28 PM

7:32 PM   OK np

 Enter message    SEND



**Medi**
(781) 244-4474

**M** I just saw one of the neighbor at the convenience store and he told me that he saw Gary"s white Lamborghini being towed out of town
9:29 PM

9:30 PM OK good to know

**M** And I think pam is back in the house
9:31 PM

Tuesday, April 25, 2017

**M** Steve Cardoza
(617) 834-2524     MMS
4:42 PM

**M** Steve Cardoza
(617) 834-2524     MMS
4:46 PM

Tuesday, May 30, 2017

**M** Gm. I hope you had a good weekend.
Please call me when you can.
9:49 AM

Paste   Clipboard

Enter message   SEND

 

**Medi**
(781) 244-4474

Friday, June 2, 2017

In meeting, can I call in about an hour
2:09 PM

M Ok  2:10 PM

Tuesday, June 27, 2017

9:50 AM  Can you call back later?

M Ok  9:50 AM

In meeting should call in about 15
9:51 AM

Monday, July 3, 2017

You still free if we swing by at 11
9:19 AM

If not we can do later in the week.
9:37 AM

Got your message, I will call Wednesday to figure out a time later this week.
10:47 AM

 Enter message   

USAO_DECICCO_00025734



USAO_DECICCO_00025735

⊠ ⦿ ⚑                    ✳ ⏰ ⸔ ⏴ 84% ▮ 12:19 PM

‹  **Medi**
   (781) 244-4474                    📞    ☰

Ⓜ   I have lunch,
    Thanks
                10:40 AM

                        10:40 AM   Ⓚ

Ⓜ   Come over I will order lunch
    for you from next door
                        11:28 AM

         Monday, September 11, 2017

Ⓜ   

                        MMS
                        5:06 PM

 Enter message              ☺   

USAO_DECICCO_00025736

  ❋ ⏰ ³ᴳ .ıl 84% ▮ 12:19 PM

‹   **Medi**
(781) 244-4474                          📞    ≡



MMS
5:06 PM

Wednesday, September 13, 2017

Schedule opened back up,
how's tomorrow at 5 or 530?

8:59 AM

Ⓜ  Sounds good I'll see you
around 5:30
9:06 AM

Thursday, September 14, 2017

3:22 PM   Might be closer to 6

Ⓜ  Ok  3:48 PM

Ⓜ  Can I invite  u guys to dinner?  3:55 PM

🖇 Enter message          ☺   

USAO_DECICCO_00025737

 

**Medi**
(781) 244-4474



Sunday, September 17, 2017

 <Subject: Fwd:>



MMS
2:34 PM

Tuesday, September 19, 2017

You free?

10:08 AM

 I'm free now,
U want to come over?   11:40 AM

 Enter message   

 

 **Medi**
(781) 244-4474

I'm free now,
U want to come over? 11:40 AM

Sure we will head your way.
You want lunch?
11:43 AM

Sounds good

Thanks 11:44 AM

11:44 AM    Pace?

Can I buy the lunch?
I know what you told me.  Lo l
11:46 AM

Nope we got, at some point
we will let you.
11:47 AM

Ok lol 11:49 AM

Thursday, November 16, 2017

6:40 AM    Hope your feeling better pal.

Thanks 7:21 AM

 Enter message    SEND

USAO_DECICCO_00025739



∞ ⌐

※ 🕮 ᵁᴳ⁵ 88% ▮ 12:01 PM

**Medi**
(781) 244-4474

M  Thanks  7:21 AM

Thursday, November 23, 2017

M  Have a happy and healthy
Thanksgiving  12:16 PM

You too my griend

2:52 PM  Friend

Sunday, December 24, 2017

M  Merry Christmas  5:43 PM

Tuesday, December 26, 2017

11:28 AM  You too buddy

Sunday, December 31, 2017

M  Have a happy and healthy
new year  5:45 PM

Monday, January 1, 2018

2:50 PM  You too buddy

Enter message  ☺  SEND