

Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878

617 542 5070 main
617 542 8906 fax

**Thomas C. Frongillo**
617 521 7050 direct
frongillo@fr.com

BY EMAIL

May 29, 2018

Kristina E. Barclay
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re:  United States v. Gary DeCicco, Crim. No. 17-10092-NMG (D. Mass.)

Dear Kristina:

I write in response to your letter of May 25, 2018 and to certain information raised in the government's opposition to the motion to dismiss the indictment (Dkt. No. 309) ("Opposition" or "Opp."). This letter also makes additional requests for discovery in light of the government productions that were made on May 24 and May 25, 2018.

**Request 1:  FBI Recording Equipment Provided to Mirnasiri**

The government has now disclosed for the first time that it provided Medi Mirnasiri with recording equipment. Please immediately produce all documents concerning the delivery and use of this equipment to Mirnasiri, including any documents regarding the application and authorization for any consensual recordings to be conducted by Mirnasiri; any documents regarding chain of custody of the recording equipment, and written instructions or acknowledgements provided to or signed by Mirnasiri; and any communications to or from Mirnasiri, FBI SA Jesse Chizmadia, or anyone on the prosecution team regarding the equipment, its use, or any recordings or attempted recordings arising thereof.

**Request 2:  Attempted Recording Made by Mirnasiri**

The government disclosed that Mirnasiri "has a memory of trying to record an individual not associated with this case, but no such recordings exist." Please confirm that this individual is not listed on the government's or the defense's witness lists in this case. If you cannot do so, please immediately disclose his or her identity. Please also produce all documents regarding this attempted recording and explain what the government means by "no such recordings exist," including the basis for this statement and a description of what efforts were conducted to ascertain that "no such recordings exist."



May 29, 2018

**Request 3: Government Attempts to Obtain Mirnasiri's Telephone Records**

The government's Opposition implies, but does not state outright, that April 2017 was the first time the government ever sought telephone toll or billing records regarding the events described in Mirnasiri's report to the SPD in August 2014. *See, e.g.*, Opp. at 4, 14. Please confirm that the government has never had any of Mirnasiri's telephone records—whether tolling, billing, or otherwise—from within the relevant time period (2013-January 11, 2015) in its possession, custody, or control, until May 17, 2018.

**Request 4: Communications between TFO Mark Frenzo and Mirnasiri**

The government disclosed on May 24, 2018 that Task Force Officer (TFO) Mark Frenzo was in contact with Mirnasiri during the relevant time period. The defense has since located dozens of contacts between the two. TFO Frenzo is a member of the prosecution team. *See* USAO_DECICCO_00003167. Please immediately produce all notes and communications between TFO Frenzo and Mirnasiri.

**Request 5: Communications between SA Chizmadia and Mirnasiri (12/1014-1/12/15)**

The government has not produced any text messages between SA Chizmadia and Mirnasiri between December 10, 2014 and January 12, 2015. Given that SA Chizmadia and Mirnasiri purportedly met on December 28, 2014, and given that the two often confirmed meetings or telephonic interviews directly before they occurred, it seems unlikely that there are no text or call communications during this time period. Please review any other phone numbers that SA Chizmadia or Mirnasiri may have used during this time period and produce all text messages between them that have not yet been produced from August 2014 until the present.

**Request 6: Identity of "Lou"**

SA Chizmadia twice refers to a "Lou" in his text messages who appeared to accompany him to interviews with Mirnasiri. *See* USAO_DECICCO_00025708; USAO_DECICCO_00024502. Please identify him.

**Request 7: Missing Interview Reports of Mirnasiri**

Seventh, please produce all missing interview reports of Mirnasiri, including on during which SA Chizmadia's text messages indicate that he spoke or met with Mirnasiri. A chart of the meetings for which no corresponding report has been produced is as follows:

| Date | Meeting/Call |
| --- | --- |
| September 30, 2014 | Meeting |
| January 13, 2015[1] | Meeting |
| January 14, 2015 | Call |
| January 18, 2015 | Meeting |

---

[1] An FD-302 exists for this meeting, but does not memorialize the information exchanged from Mirnasiri to SA Chizmadia. *See* Section I.A, *supra*.



May 29, 2018

| Date | Meeting/Call |
|---|---|
| February 18, 2015 | Meeting |
| April 20, 2015 | Call |
| July 29, 2015 | Meeting |
| November 9, 2015 | Call |
| June 1, 2016 | Call |
| September 26, 2016 | Meeting |
| January 11, 2017 | Meeting |
| January 31, 2017 | Call |
| February 15, 2017 | Meeting |
| March 13, 2017 | Meeting |
| March 20, 2017 | Call |
| March 27, 2017 | Meeting |
| April 7, 2017 | Call |
| May 30, 2017 | Call |
| June 27, 2017 | Call |
| July 10, 2017 | Meeting |
| September 14, 2017 | Meeting |
| September 19, 2017 | Meeting |

*See* USAO_DECICCO_00025706-739; USAO_DECICCO_00024502.

**Request 8:  Communications between FBI SA Rankins and Mirnasiri**

Please produce all communications between FBI Special Agent Tarah Rankins and Mirnasiri from the relevant time period.

**Request 9:  Missing Notes and Reports regarding 2014 FBI Investigation into Mr. DeCicco**

The government continues to represent to the Court that "there was no active FBI investigation into the attempted extortion before December 28, 2014." Opp. at 12.  The government further downplays the number and length of contacts with SA Chizmadia.  The telephone and text message records, however, indicate that SA Chizmadia and Mirnasiri met in person before December 28, 2014 at least once, on September 30, 2014.

      Mirnasiri:         I'm here please come.  (2:19 p.m.)

      SA Chizmadia:      On way  (2:27 p.m.)

      Mirnasiri:         Ok  (2:28 p.m.)



May 29, 2018

The records also reflect several calls between SA Chizmadia and Mirnasiri lasting over 5 minutes during the August 2014-December 28, 2014 time period. Please immediately produce all notes and reports by SA Chizmadia regarding Mirnasiri during this August-December 2014 time period.

**Request 10: Documents Concerning Lou**

The defense has identified from the late-produced phone records of Mirnasiri an individual named Lou ███████, who appeared to be in close contact with Mirnasiri both before and after Mirnasiri's communications with SA Chizmadia. Please produce all documents and communications in the government's possession, custody, and control regarding Lou ███████ including documents concerning any attempts Lou ███████ (hereinafter, "Lou") made in the relevant time period to obtain a consensual recording of Mr. DeCicco.

Specifically, the defense has a good faith basis to request these records for several reasons. First, "Lou" has made public allegations against municipal officials during the relevant time period, which gives rise to the inference that he may be actively cooperating with federal law enforcement in parallel. Second, SA Chizmadia refers to a "Lou" in several of his text messages produced to the defense. The first reference to "Lou" was on August 4, 2015, when SA Chizmadia canceled a meeting with Mirnasiri that night due to a meeting with "Lou":

> Medi, I apologize, I will not be able to make it tonight. Lou is planning to stop by, will touch base with you next week to hear some stories.

Notably, this reference appears shortly after Mirnasiri is reactivated as an FBI source in July 2015. *See* Dkt. No. 3-1. The second reference to "Lou" was on May 24, 2016:

> Lou and I will come and see you next week, may have a few more names to run by you.

Third, it is clear from these text messages and Minrasiri's telephone records that SA Chizmadia, "Lou," and Mirnasiri are working together on this investigation.

On August 4, 2014, Mirnasiri contacted "Lou" shortly after he received the flowers and before the Saugus Police arrived at AEG at 3 p.m, while Mirnasiri was conducting his own investigation (GJ 38 L 24-25). He exchanged text messages with "Lou" during that time and again after the police left:

August 4, 2014

| | |
|---|---|
| Between noon & 1p.m. | Flowers Delivery between noon and 1 p.m. |
| 2:46 PM | Text from Mirnasiri to "Lou" |
| 2:55 PM | Text from Mirnasiri to "Lou" |
| 3:00 PM | Saugus Police receive call from Mirnasiri |
| 6:05 PM | Text from "Lou" to Mirnasiri |

4



May 29, 2018

| | |
|---|---|
| 6:07 PM | Text from Mirnasiri to "Lou" |
| 7:17 PM | Text from "Lou" to Mirnasiri |
| 7:21 PM | Text from "Lou" to Mirnasiri |

From August 8 through August 26, 2014, Mirnasiri and "Lou" spoke with each other and exchanged text messages a total of 34 times.  Significantly, on August 26—the day before Mirnasiri reached out to SA Chizmadia—he had multiple communications with "Lou."  At 12:10 p.m., "Lou" called Mirnasiri, and they spoke for 2 minutes.  Later that day, at 5:38 p.m., Mirnasiri called "Lou," and a short call occurred.   And at 8:43 p.m., "Lou" sent a text to Mirnasiri.  Mirnasiri called SA Chizmadia the next day.

On August 28, Mirnasiri and SA Chizmadia appeared to connect at 3:27 p.m.  Later that afternoon/evening, Mirnasiri and "Lou" exchanged 4 text messages.  The calls between Mirnasiri and "Lou" are telling.  They include the day of the flower delivery and intensified up to the day on which Mirnasiri reached out to the FBI.  These suggest that Mirnasiri and "Lou" are somehow connected to initiating the FBI investigation into Mr. DeCicco, and that "Lou" perhaps was the one who provided Mirnasiri with SA Chizmadia's contact information.

The calling pattern that ensued between Mirnasiri and "Lou," on one hand, and Mirnasiri and SA Chizmadia, on the other, also create a compelling inference of collaboration between "Lou," Mirnasiri, and SA Chizmadia during the period of the stealth investigation.  For example, on August 28, Mirnasiri had a short call with SA Chizmadia.  The next day, August 29, Mirnasiri and "Lou" had a total of 15 calls and text messages.  The two continued to communicate on August 30 (2 calls), August 31 (1 call), September 1 (1 call), and September 2 (1 call).

This pattern continued through September.  For example, on September 3, Mirnasiri placed another call to SA Chizmadia at 6:43 p.m., followed by 5 text messages with "Lou."  On September 5, Mirnasiri spoke with "Lou" at 1:53 p.m., and then received a call from SA Chizmadia at 4:06 p.m.  SA Chizmadia called Mirnasiri on September 12 at 11:01 a.m., and Mirnasiri exchanged 3 texts with "Lou" later that night.

On the morning of September 16, Mirnasiri had a call with "Lou" at 8:09 a.m.  At 8:46 a.m., Mr. DeCicco called "Lou."  "Lou" and Mr. DeCicco had communications back in March 2014, at "Lou"'s initiative, when Mirnasiri was having financial difficulties and was unable to pay contractors who worked on the AEG building site.  (As noted, "Lou" has since maintained publicly that local officials engaged in wrongdoing during the relevant time period.)  From March 2014 through September 2014, Mr. DeCicco had at least 20 calls with "Lou."  On September 16, 2014, after "Lou" and Mr. DeCicco had spoken, Mirnasiri had another call with "Lou."

The next day, September 17, Mr. DeCicco placed a call to Mirnasiri, and left a voicemail message for him.  Moments later, Mirnasiri retrieved the voicemail, and then followed up with a 13-minute call with Mr. DeCicco.  (The voicemail Mr. DeCicco left on Mirnasiri's phone has not been produced by the government.)  The following morning, on September 18 at 7:58 a.m., Mirnasiri called "Lou," and then called SA Chizmadia an hour later at 8:52 a.m.  A similar calling pattern

Case 1:17-cr-10092-NMG Document 316 Filed 05/29/18 Page 6 of 7



May 29, 2018

occurred the next day, September 19. At 9:33 a.m., SA Chizmadia called Mirnasiri. At 2:51 p.m., Mirnasiri called "Lou."

Over the next few days, Mirnasiri and "Lou" continued to speak frequently: September 22 (5 calls/texts), September 23 (5 texts). Then on September 25, "Lou" called Mr. DeCicco following an earlier call with Mirnasiri. Minutes later, "Lou" called Mirnasiri. That day, "Lou" and Mirnasiri had 3 calls and exchanged 3 text messages.

On September 26, 2014, "Lou" and Mirnasiri exchanging text messages at 9:07 a.m. and 9:30 a.m. At 10:15 a.m., SA Chizmadia then called Mirnasiri. And at 12:57 p.m., "Lou" called Mr. DeCicco. They spoke twice at 12:57 p.m. and again at 1:01 p.m. On September 27, Mirnasiri and "Lou" exchanged 4 text messages. On September 28, "Lou" and Mr. DeCicco spoke in the afternoon; Mirnasiri sent a text message to "Lou" that night. On these three days in late September of 2014, there were multiple communications between Mirnasiri and "Lou," and key calls between "Lou" and Mr. DeCicco.

All of these events led to the in-person meeting between Mirnasiri and SA Chizmadia on September 30. The key events that occurred on September 30 are set forth in the following call/text chart:

September 30, 2014

| | |
|---|---|
| 9:55 AM | 1-min call from Mirnasiri to Chizmadia |
| **12:50 PM** | **2-min call from Mirnasiri to "Lou"** |
| 2:19 PM | Text from Mirnasiri to Chizmadia: "I'm here please come." |
| 2:27 PM | Text from Chizmadia to Mirnasiri: "On way" |
| 2:28 PM | Text from Mirnasiri to Chizmadia: "Ok" |
| 4:47 PM | 1-min call from Chizmadia to Mirnasiri |

Throughout the month of October 2014, Mirnasiri continued his frequent communications with "Lou," speaking and text messaging with him on a regular basis. Mirnasiri also kept in close contact with SA Chizmadia, holding calls with him on October 15 and October 22. On both those dates, Mirnasiri had calls with "Lou" both *before and after* Mirnasiri spoke with SA Chizmadia, as shown on the call chart below:

October 15, 2014

| | |
|---|---|
| 8:03 AM | 1-min call from Mirnasiri to "Lou" |
| 8:08 AM | 1-min call from Mirnasiri to "Lou" |
| 8:53 AM | 7-min call from Mirnasiri to Chizmadia |
| 11:28 AM | Text from "Lou" to Mirnasiri |

6



May 29, 2018

| | |
|---|---|
| 2:14 PM | 2-min call from "Lou" to Mirnasiri |
| 9:59 PM | 10-min call from Mirnasiri to "Lou" |

<u>October 22, 2014</u>

| | |
|---|---|
| 8:51 AM | 1-min call from Mirnasiri to "Lou" |
| 9:01 AM | 3-min call from Mirnasiri to Chizmadia |
| 9:58 AM | Text from "Lou" to Mirnasiri |
| 11:08 AM | Text from Mirnasiri to "Lou" |
| 1:31 PM | Text from "Lou" to Mirnasiri |
| 1:32 PM | Text from Mirnasiri to "Lou" |
| 5:51 PM | Text from "Lou" to Mirnasiri |
| 5:52 PM | Text from "Lou" to Mirnasiri |
| 6:03 PM | Text from Mirnasiri to "Lou" |

Given the above evidence, please produce records of any text messages and calls between "Lou" and the FBI.  Please also produce records of text messages between "Lou" and Mirnasiri, which have obvious relevance and import in this case given the high probability that "Lou" was an integral part of the government's investigative team.

**Request 11:  Video Clip Sent by Mirnasiri to SA Elio**

Please identify the object captured in the image Mirnasiri sent to SA Elio on March 28, 2018, including the license plate number and the relevance of the image to this case.  *See* USAO_DECICCO00025700.

**Request 12:  Provision of SA Chizmadia's Cellular Phone Number to Mirnasiri**

Finally, the government stated that Mirnasiri "could not have called SA Chizmadia's cellular telephone number unless someone from SPD or the FBI provided it to him and thereby invited the call."  *See* Opp. at 3 at n.3.  Please provide the basis for the government's statement and produce all documents and information concerning this alleged communication with Mirnasiri "invit[ing]" him to call the FBI.

Please call me at (617) 521-7050 if you have any questions about the foregoing.

Sincerely,


Thomas C. Frongillo