UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 17-10092-NMG |
| | ) | |
| GARY P. DECICCO, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' RESPONSE TO MOTION OF GARY P. DECICCO FOR ISSUANCE OF RULE 17(C) SUBPOENA RETURNABLE BEFORE TRIAL [DOCKET NO. 329]**

The United States, through undersigned counsel, does not oppose the Motion of Defendant Gary P. DeCicco for Issuance of Rule 17(c) Subpoena Returnable Before Trial [Docket No. 329], which seeks leave to subpoena T-Mobile for telephone records for the time period of January 1, 2013 to May 31, 2014.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:   */s/Kristina E. Barclay*
        KRISTINA E. BARCLAY
        ROBERT E. RICHARDSON
        Assistant U.S. Attorneys
        U.S. Attorney's Office
        John J. Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

Date:  May 31, 2018

## Certificate of Service

  I hereby certify that this document was filed through the ECF system, and therefore it was sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                   */s/Kristina E. Barclay*
                   KRISTINA E. BARCLAY
                   Assistant U.S. Attorney

Date:  May 31, 2018