UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 17-10092-NMG |
| | ) | |
| GARY P. DECICCO | ) | |
| | ) | |

## THIRD AMENDED UNITED STATES' WITNESS LIST

The United States respectfully submits this updated list of witnesses it currently intends

to call in its case in chief.  The government reserves the right to supplement or modify this list

from time to time, with reasonable notice to the defendant.

| Name | Address | Counsel |
|---|---|---|
| Pamela Avedisian | Nahant, MA | |
| Philip Baldi | Winthrop, MA | George Vien, Esq. |
| Thomas Barry | United States Attorney's Office | |
| John Cinotti | Framingham, MA | |
| Scott Davis | Saugus, MA | |
| Linda DeCicco | Nahant, MA | |
| Task Force Officer James Donovan | Saugus Police Department Federal Bureau of Investigation | |
| Lisa Laurano | Nahant, MA | |
| Victoria Laurano | Nahant, MA | |
| John Lloyd | Winthrop, MA | Edward Principe, Esq. |
| James Lundrigan | Lynn, MA | |
| Medi Mirnasari | Nahant, MA | |
| Detective Frank J. Morello | Saugus Police Department | |
| Jeffrey Prime | Nahant, MA | Jane Peachy, Esq. |
| Officer Robert Stanley | Saugus Police Department | |
| David Witham | Marblehead, MA | |
| Detective Matthew Zichella | Saugus Police Department | |
| IRS Court Witness | | |
| Keeper of the Records McMahon and Associates, P.C. | | |
| Keeper of the Records Verizon Wireless | | |
| Keeper of Records T-Mobile | | |

| Name | Address | Counsel |
|---|---|---|
| Keeper of Records Comcast | | |
| Keeper of Records New Global Telecom | | |
| Keeper of Records Level 3 | | |

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:    */s/Kristina E. Barclay*
KRISTINA E. BARCLAY
ROBERT E. RICHARDSON
Assistant U.S. Attorneys
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated:  June 3, 2018

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/Kristina E. Barclay*
KRISTINA BARCLAY
Assistant U.S. Attorney

Date:  June 3, 2018