# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 17-10092-NMG |
| ) | |
| GARY P. DECICCO, ) | |
| Defendant ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☐ Ad Prosequendum    **X** Ad Testificandum.

Name of Detainee:    James Lundrigan

Detained at (custodian):    MCI-Norfolk

Detainee is:   a.)   ☐   charged in this district by:

☐ Indictment    ☐ Information    ☐ Complaint

or   b.)   **X**   a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) **X**   return to the custody of detaining facility upon termination of proceedings

or   b.)   ☐   be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary for the purpose of <u>testimony as a witness in the government's case-in-chief</u> on <u>June 8, 2018</u> at <u>9:00am</u> .

                Respectfully submitted,

                ANDREW E. LELLING
                United States Attorney

By:   */s/Kristina E. Barclay*
      KRISTINA E. BARCLAY
      ROBERT E. RICHARDSON
      Assistant U.S. Attorneys

U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/Kristina E. Barclay
KRISTINA BARCLAY
Assistant U.S. Attorney

Date: May 21, 2018

### WRIT OF HABEAS CORPUS

☐ Ad Prosequendum     **x** Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: _____     _____
                                  United States District/Magistrate Judge

Writ of Habeas Corpus                                                                                             Page 2

Please provide the following, if known:
 AKA(s) (if applicable): _____        Male **X**        Female ☐
 Booking or Fed. Reg. #: _____        DOB:    01/02/1967
 Facility Address:    2 Clark Street                            Race:   _____
                      Norfolk, MA 02056                         FBI #:  _____
 Facility Phone:      508-660-5900
 Currently Incarcerated For: _____

## **RETURN OF SERVICE**

Executed on _____ by _____

(Document8 - 2/15/2013)