# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) No. 17-CR-10092-NMG |
|  | ) |
| GARY P. DECICCO, | ) |
|  | ) |
| *Defendant*. | ) |

## DEFENDANT'S THIRD AMENDED WITNESS LIST

Defendant Gary DeCicco respectfully submits this amended list of witnesses he intends to call in his case-in-chief.

| Name | Address |
|---|---|
| Special Agent Jesse Chizmadia | Federal Bureau of Investigation |
| Special Agent Matthew Elio | Federal Bureau of Investigation |
| Special Agent Sandra J. Lemanski | Internal Revenue Service |
| Richard Aswad | Nahant, MA |
| Kimberly DeBenedictis | Winthrop, MA |
| Richard Salvo | Saugus, MA |
| Richard Scourtas | Nahant, MA |
| Sherry Soleymani | Nahant, MA |
| Noelle Spinosa | Malden, MA |
| Peter Varone, Jr. | Revere, MA |
| Records Custodian of T-Mobile |  |

Mr. DeCicco reserves the right to further supplement or modify his witness list from time to time, with reasonable notice to the government.

Respectfully submitted,

GARY P. DECICCO

By his attorneys,

 /s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
Caroline K. Simons (BBO# 680827)
Jessica L. Perry (BBO# 696392)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210
frongillo@fr.com
simons@fr.com
jperry@fr.com
TEL: (617) 542-5070
FAX: (617) 542-8906

James J. Cipoletta (BBO# 084260)
Law Offices of James J. Cipoletta
Citizens Bank Building
385 Broadway Suite 307
Revere, Massachusetts 02151
jim@cipoletta.com
Tel: (781) 289-7777
Fax: (781) 289-9468

Dated: June 8, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was filed on June 8, 2018through the CM/ECF system and will be served electronically to registered CM/ECF participants as identified on the Notice of Electronic Filing.

 /s/ Thomas C. Frongillo
Thomas C. Frongillo