UNTED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                   )<br>)<br>GARY P. DECICCO                ) | No. 17-CR-10092-NMG |

DEFENDANT'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTION

Gary DeCicco, by and through his attorneys of record, respectfully requests the Court to include the following in the final instructions provided to the jury:

2.03 Impeachment by Prior Inconsistent Statement

You have heard evidence that before testifying at this trial, certain witnesses made earlier statements concerning the same subject matter as their testimony in this trial. You may consider that earlier statement to help you decide how much of the witness's testimony to believe. If you find that the prior statement was not consistent with the witness's testimony at this trial, then you should decide whether that affects the believability of witness's testimony at this trial.

*Pattern Jury Instr., 1st Cir. Crim. Cases*, 2.03, as amended through December, 2017.

Respectfully submitted,
By his attorneys,

*James J. Cipoletta*
James J. Cipoletta (BBO# 084260)
Law Offices of James J. Cipoletta
Citizens Bank Building
385 Broadway Suite 307
Revere, Massachusetts 02151
jim@cipoletta.com
Tel: (781) 289-7777
Fax: (781) 289-9468

Dated: 06.10.2018

/s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
Caroline K. Simons (BBO# 680827)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210
frongillo@fr.com
simons@fr.com
TEL: (617) 542-5070
FAX: (617) 542-8906

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was filed through the CM/ECF system and will be served electronically to registered CM/ECF participants as identified on the Notice of Electronic Filing.

/s/ James J. Cipoletta