### United States District Court
### District of Massachusetts

FILED IN
OPEN COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. |
| GARY P. DECICCO, | ) 17-10092-NMG |
| | ) |
| Defendant. | ) |
| | ) |

## Verdict Form

We, the Jury, unanimously find the defendant, **GARY DECICCO**, on the single charge of attempted extortion in violation of the Hobbs Act, 18 U.S.C. § 1951:

          Not Guilty              _____ Guilty

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION BUT DO NOT REVEAL YOUR VERDICT TO THE MARSHAL.  THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: *June 12, 2018*    Jury Foreperson: _____